UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS SHANE THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN T. HICKS et al.,<br><br>    Defendants. | Case No. 08-cv-1065-JCC-JPD<br><br>ORDER DENYING PLAINTIFF'S<br>MOTION FOR RECONSIDERATION |

This matter comes before the Court on Plaintiff's "Renew[ed] objections and Motion for Reconsideration and for Notice of Appeal to 9th Cir.," Dkt. No. 21, which the Court construes as a motion for reconsideration regarding its Order dated February 19, 2009. *See* Dkt. No. 19. After careful consideration of Plaintiff's motion, the governing law, and the balance of the record, the Court ORDERS as follows:

Pursuant to Local Rule CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of: (a) manifest error in the prior ruling; or (b) facts or legal authority which could not have been brought to the Court's attention earlier with reasonable diligence. Local Rule CR 7(h)(1); *see also Bell Consumers, Inc. v. Lay*, 203 F. Supp. 2d 1202, 1210 (W.D. Wash. 2002). Here, Plaintiff has not shown a manifest error in the

ORDER
PAGE - 1

1  Court's prior ruling, nor has he presented new facts or legal authority which could not have
2  been brought to the Court's attention earlier through reasonable diligence.  Because Plaintiff
3  has not made either of the showings required by Local Rule CR 7(h)(1), his motion for
4  reconsideration, Dkt. No. 21, is DENIED.

5     The Clerk is directed to send a copy of this Order to the Plaintiff, counsel for
6  Defendants, and to the Honorable John C. Coughenour.

7     DATED this 6th day of April, 2009.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge