UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CURTIS SHANE THOMPSON,

                Plaintiff,

    v.

JOHN T. HICKS, *et al.*,

                Defendants.

Case No. C08-1065-TSZ

ORDER GRANTING DEFENDANT SANDERS' MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, docket no. 167, to which no objection was timely filed, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation.

(2) Defendant Benjamin Sanders's motion for summary judgment, docket no. 158, is GRANTED, and plaintiff's motion for reconsideration, docket no. 157, is DENIED.

(3) Plaintiff's third amended complaint, docket no. 17, and this action are DISMISSED with prejudice.

ORDER GRANTING DEFENDANT
SANDERS' MOTION FOR SUMMARY
JUDGMENT - 1

(4)     The Clerk is directed to send copies of this Order to plaintiff pro se, to all counsel of record, and to the Honorable James P. Donohue.

DATED this 9th day of September, 2015.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER GRANTING DEFENDANT
SANDERS' MOTION FOR SUMMARY
JUDGMENT - 2