UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS SHANE THOMPSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN T. HICKS, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. C08-1065-TSZ<br><br>ORDER GRANTING DEFENDANT SANDERS'S MOTION FOR SUMMARY JUDGMENT RE: FOLLOW-UP CARE |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, docket no. 183, plaintiff's objections thereto, docket no. 184, and defendant Benjamin Sanders, M.D.'s response to such objections, docket no. 185, hereby finds and ORDERS as follows:

　　(1)　The Court ADOPTS the Report and Recommendation.

　　(2)　Defendant Sanders's motion for summary judgment re: follow-up care, docket no. 177, is GRANTED.

　　(3)　Plaintiff's amended complaint, docket no. 17, and this action are DISMISSED with prejudice.

ORDER GRANTING DEFENDANT
SANDERS'S MOTION FOR SUMMARY
JUDGMENT RE: FOLLOW-UP CARE - 1

1     (4)     The Clerk is directed to send copies of this Order to plaintiff pro se, to counsel for

2 defendant Sanders, and to the Honorable James P. Donohue.

3     DATED this 28th day of July, 2016.

4

5                              /s/ Thomas S. Zilly

6                            Thomas S. Zilly
                             United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23 ORDER GRANTING DEFENDANT
SANDERS'S MOTION FOR SUMMARY
JUDGMENT RE: FOLLOW-UP CARE - 2